UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARLENE LANE, ) | Civil Action No. 05-4727 (JEI) |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| NEW JERSEY DEPARTMENT OF ) | Judge Joel Schneider |
| TRANSPORTATION, MALCOLM ) | |
| PALMER, PAUL HOFMANN, ) | |
| WILLIAM MULOWNEY, ) | |
| JOSEPH SACCO ) | |
| Defendants. | |

## ORDER

AND NOW, to wit this __9th__ day of __October__, 2007 after the Court has reviewed the Stipulation attached signed by all parties, *and all parties consenting to the jurisdiction of this Court to enter this Order,* it is hereby ORDERED that this matter is dismissed without prejudice and that each party is to bear their own costs.

IT IS SO ORDERED.

BY THE COURT:

_____
Joel Schneider
U.S.M.J.

David Jacoby
Anapol Schwartz Weiss Cohan
Feldman & Smalley, P.C.
1040 N. Kings Hwy Suite 304
Cherry Hill, New Jersey 08034
856-482-1600
Attorney for the Plaintiff
Marlene Lane

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARLENE LANE, | Civil Action No. 05-4727 (JEI) |
| Plaintiff | CIVIL ACTION |
| v. | Stipulation For Dismissal |
| | FRCP 41(a)(1) |
| NEW JERSEY DEPARTMENT OF TRANSPORTATION, MALCOLM PALMER, PAUL HOFMANN, WILLIAM MULOWNEY, JOSEPH SACCO | |
| Defendants | |

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by David Jacoby, Esquire counsel for Plaintiff, Marlene Lane and Joseph M. Micheletti, Esquire counsel for Defendants, New Jersey Department of Transportation, Malcolm Palmer, Paul Hofmann, William Mulowney and Joseph Sacco (collectively, referred to as Defendants) to dismiss this action without prejudice and consent to the jurisdiction of Magistrate Joel Schneider to enter the Order. The parties further agree that each party will bear their respective costs.

Anapol Schwartz Weiss
Cohan Feldman & Smalley P.C.

By: _____
David Jacoby, Esquire
1040 N. Kings Hwy Suite 304
Cherry Hill, New Jersey 08034
Attorney for the Plaintiff

Dated: 10/5/07

State of New Jersey
Office of the Attorney General

By: _____
Joseph M. Micheletti, Esquire
Department of Law and Public Safety
Division of Law
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for the Defendants

Dated: 10/04/07